TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-02-00772-CV







In re 24 Hour Fitness, Inc.








ORIGINAL PROCEEDING FROM TRAVIS COUNTY








M E M O R A N D U M O P I N I O N



 Relator 24 Hour Fitness, Inc. filed with this Court a petition for writ of mandamus
and a motion for temporary relief. We overrule relator's motion and deny its petition. See Tex. R.
App. P. 52.8(a).



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: January 24, 2003